```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    VLADIMIR KHRIPUNOV
 5
```

|   |   |
|---|---|
| 6 | IN THE UNITED STATES DISTRICT COURT FOR THE |
| 7 | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |
| vs. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on August 2, 2012, may be continued to October 11, 2012, at 9:00 a.m.

A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those individuals may be helpful to the Court in fashioning a sentence

- 1 -
STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

for Mr. Khripunov.  Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to October 11, 2012.

DATED: July 23, 2012　　　　　　　　By: _//s// Lee Bickley
　　　　　　　　　　　　　　　　　　　　　Lee Bickley
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: July 23, 2012　　　　　　　　By: _//s// Clyde M. Blackmon
　　　　　　　　　　　　　　　　　　　　　Clyde M. Blackmon
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Vladimir Khripunov

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for August 2, 2012, is continued to 9:00 a.m. on October 11, 2012.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE