```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    VLADIMIR KHRIPUNOV
 5

 6

 7
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-000546-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |
| v. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on February 21, 2013, may be continued to June 27, 2013, at 9:00 a.m.

A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those

individuals may be helpful to the Court in fashioning a sentence for Mr. Khripunov.  Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to June 27, 2013.

DATED: February 15, 2013    By: //s// Lee Bickley
                                Lee Bickley
                                Assistant U.S. Attorney

DATED: February 15, 2013    By: //s// Clyde M. Blackmon
                                Clyde M. Blackmon
                                Attorney for Defendant
                                Vladimir Khripunov

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for February 21, 2013, is continued to 9:00 a.m. on June 27, 2013.

**IT IS SO ORDERED.**

DATED: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE