1   CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
2   901 F STREET, SUITE 200
    Sacramento, CA  95814
3   Telephone: (916) 444-9845

4   Attorneys for Defendant,
    VLADIMIR KHRIPUNOV

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7             EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,       Case No.: 2:11-CR-0546 MCE

10         Plaintiff,

11     vs.               STIPULATION AND
                        ORDER CONTINUING STATUS
                        CONFERENCE REGARDING
12   VLADIMIR KHRIPUNOV,        IMPOSITION  OF JUDGMENT &
                        SENTENCING
13         Defendant.

14

15       The United States of America, through its counsel Assistant

16   U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his

17   counsel Clyde M. Blackmon, stipulate that the status conference

18   regarding the imposition of judgment and sentence upon Mr.

19   Khripunov now scheduled for 9:00 a.m. on June 27, 2013, may be

20   continued to August 29, 2013, at 9:00 a.m.

21       A continuance of the status conference is necessary

22   because, while Mr. Khripunov's case has been resolved by way of

23   a guilty plea and a cooperation agreement, the charges pending

24   against others in the matter are still pending and information

25   pertaining to the resolution of the charges against those

26   individuals may be helpful to the Court in fashioning a sentence

27

28

for Mr. Khripunov. Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to August 29, 2013.

DATED:  June 17, 2013          By: _//s// Lee Bickley_
                                   Lee Bickley
                                   Assistant U.S. Attorney


DATED:  June 17, 2013          By: _//s// Clyde M. Blackmon_
                                   Clyde M. Blackmon
                                   Attorney for Defendant
                                   Vladimir Khripunov


**ORDER**

    GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for June 27, 2013, is continued to 9:00 a.m. on August 29, 2013.

    **IT IS SO ORDERED.**

DATED:  June 19, 2013


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT