```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    VLADIMIR KHRIPUNOV
 5
```

6  IN THE UNITED STATES DISTRICT COURT FOR THE

7  EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
| 10        Plaintiff, | |
| | STIPULATION AND ORDER |
| 11    vs. | CONTINUING STATUS CONFERENCE |
| | REGARDING IMPOSITION  OF |
| 12  VLADIMIR KHRIPUNOV, | JUDGMENT & SENTENCING |
| 13        Defendant. | |

14

15  The United States of America, through its counsel Assistant
16  U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his
17  counsel Clyde M. Blackmon, stipulate that the status conference
18  regarding the imposition of judgment and sentence upon Mr.
19  Khripunov now scheduled for 9:00 a.m. on August 29, 2013, may be
20  continued to October 31, 2013, at 9:00 a.m.
21      A continuance of the status conference is necessary
22  because, while Mr. Khripunov's case has been resolved by way of
23  a guilty plea and a cooperation agreement, the charges pending
24  against others in the matter are still pending and information
25  pertaining to the resolution of the charges against those
26  individuals may be helpful to the Court in fashioning a sentence
27
28

for Mr. Khripunov.  Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to October 31, 2013.

DATED: August 26, 2013        By: _//s// Lee Bickley_
                                  Lee Bickley
                                  Assistant U.S. Attorney

DATED: August 26, 2013        By: _//s// Clyde M. Blackmon_
                                  Clyde M. Blackmon
                                  Attorney for Defendant
                                  Vladimir Khripunov

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for August 29, 2013, is **continued to October 31, 2013, at 9 a.m. in Courtroom 7.**

**IT IS SO ORDERED.**

**Dated: August 27, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT